JS - 6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK MANSOUR, | CASE NO. **SACV 14-0862-DOC(RNBx)** |
| Plaintiff(s), | |
| V. | ORDER DISMISSING CIVIL ACTION |
| CREDIT CONTROL, LLC, | |
| Defendant(s). | |

The Court having been advised by counsel for the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right upon good cause shown by **December 1, 2014**, to reopen this action if settlement is not consummated.

IT IS SO ORDERED.

DATED: October 20, 2014

_David O. Carter_
DAVID O. CARTER
United States District Judge